UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:21-cv-01096-SLD-JEH |
| v. ) ) | |
| BRADLEY UNIVERSITY, ) ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S "JOHN DOE" DESIGNATION AND TO DEFER FILING OF A RESPONSIVE PLEADING**

Defendant, Bradley University ("Bradley"), by its undersigned attorneys and pursuant to Rules 10(a) and 12(f) of the Federal Rules of Civil Procedure, moves this Court for an order striking Plaintiff's "John Doe" designation and deferring the filing of Bradley's responsive pleading pending resolution of the John Doe issue. In support of this motion, Bradley incorporates the arguments of fact and law contained in the contemporaneously filed Memorandum in Support of Defendant's Motion to Strike Plaintiff's John Doe Designation and to Defer Filing of a Responsive Pleading.

Dated: March 25, 2020

Respectfully submitted,

BRADLEY UNIVERSITY

By: /s/ *Scott J. Helfand*
 One of Its Attorneys

Michael D. Hayes
Scott J. Helfand
Anne M. Mayette
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200

Chicago, IL  60606
Phone: (312) 655-1500
michael.hayes@huschblackwell.com
scott.helfand@huschblackwell.com
anne.mayette@huschblackwell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2021, I caused the foregoing, **Defendant's Motion to Strike Plaintiff's "John Doe" Designation and to Defer Filing of a Responsive Pleading**, to be sent via electronic mail and mailed by first-class U.S. Mail, postage prepaid, to the following attorneys representing the Plaintiff in the State Court Action:

Brian K. Murphy
murphy@mmmb.com
Joseph F. Murray
murray@mmmb.com
Jonathan P. Misny
misny@mmmb.com
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215

Mary C. Turke
mary@turkestrauss.com
Samuel J. Strauss
sam@turkestrauss.com
Turke & Strauss, LLP
613 Williamson Street, Suite 201
Madison, WI 53703

Anthony I. Paronich
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

/s/ *Scott J. Helfand*