E-FILED
Thursday, 17 June, 2021 09:42:09 AM
Clerk, U.S. District Court, ILCD

# Exhibit C

| SchoolCode | SchoolName | Address | City | StateCode | ZipCode | Province | Country | PostalCode |
|---|---|---|---|---|---|---|---|---|
| E00606 | SO IL UNIV-SCHL OF DENTAL MEDICINE | 2800 COLLEGE AVENUE | ALTON | IL | 62002 | NA | NA | NA |
| E00773 | CHICAGO KENT COLLEGE OF LAW | 565 W ADAMS STREET | CHICAGO | IL | 60661 | NA | NA | NA |
| E00784 | EDUCATORS OF BEAUTY | 128 S. 5TH STREET | ROCKFORD | IL | 61104 | NA | NA | NA |
| E00983 | PACIFIC COLLEGE OF ORIENTAL MEDICINE - C | 65 E. WACKER PLACE | CHICAGO | IL | 60601 | NA | NA | NA |
| E01240 | HAIR PROFESSIONALS ACADEMY OF COSMETOLOG | 1100 NORTH SHERMAN | NAPERVILLE | IL | 60563 | NA | NA | NA |
| E01244 | RASMUSSEN COLLEGE - ROCKFORD | 6000 EAST STATE STREET, 4TH FLOOR | ROCKFORD | IL | 61108 | NA | NA | NA |
| E01510 | RASMUSSEN COLLEGE - AURORA | 2363 SEQUOIA DRIVE, SUITE 131 | AURORA | IL | 60506 | NA | NA | NA |
| E01649 | RASMUSSEN COLLEGE - ROMEOVILLE | 1400 WEST NORMANTOWN ROAD | ROMEOVILLE | IL | 60446 | NA | NA | NA |
| E01865 | RASMUSSEN COLLEGE - MOKENA | 8650 WEST SPRING LAKE ROAD | MOKENA | IL | 60448 | NA | NA | NA |
| E02206 | PAUL MITCHELL THE SCHOOL CHICAGO - PAUL | 106 YORKTOWN CENTER | LOMBARD | IL | 60148 | NA | NA | NA |
| E40390 | PAUL MITCHELL THE SCHOOL TINLEY PARK | 18454 WEST CREEK DRIVE | TINLEY PARK | IL | 60477 | NA | NA | NA |
| G01661 | CHICAGO THEOLOGICAL SEMINARY | 5757 S. UNIVERSITY AVENUE | CHICAGO | IL | 60637 | NA | NA | NA |
| G01682 | GARRETT-EVANGELICAL THEOLOGICAL SEM | 2121 SHERIDAN RD | EVANSTON | IL | 60201 | NA | NA | NA |
| G01712 | LUTHERAN SCHOOL OF THEOL AT CHICAGO | 1100 EAST 55TH STREET | CHICAGO | IL | 60615 | NA | NA | NA |
| G01721 | MCCORMICK THEOLOGICAL SEMINARY | 5460 S. UNIVERSITY AVENUE | CHICAGO | IL | 60615 | NA | NA | NA |
| G01723 | MEADVILLE LOMBARD THEOLOGICAL SCHOOL | 5701 SOUTH WOODLAWN AVENUE | CHICAGO | IL | 60637 | NA | NA | NA |
| G01736 | NORTHERN BAPTIST THEOL SEMINARY | 410 WARRENVILLE ROAD | LISLE | IL | 60532 | NA | NA | NA |
| G01765 | UNIVERSITY OF ST MARY OF THE LAKE | 1000 E MAPLE AVENUE | MUNDELEIN | IL | 60060 | NA | NA | NA |
| G09232 | CATHOLIC THEOLOGICAL UNION | 5401 SOUTH CORNELL AVENUE | CHICAGO | IL | 60615 | NA | NA | NA |
| G20681 | ADLER UNIVERSITY | 17 N. DEARBORN | CHICAGO | IL | 60602 | NA | NA | NA |
| G23192 | LAKE FOREST GRAD SCHL OF MGMT | 1905 WEST FIELD COURT | LAKE FOREST | IL | 60045 | NA | NA | NA |
| G25737 | INSTITUTE FOR CLINICAL SOCIAL WORK | 401 SOUTH STATE STREET | CHICAGO | IL | 60605 | NA | NA | NA |
| G35103 | ERIKSON INSTITUTE | 451 NORTH LASALLE STREET | CHICAGO | IL | 60654 | NA | NA | NA |
| G36843 | NORTHSHORE UNIVERSITY HEALTHSYSTEM SCHOO | 2650 RIDGE AVENUE | EVANSTON | IL | 60201 | NA | NA | NA |
| G37473 | BEXLEY SEABURY SEMINARY FEDERATION | 1407 EAST 60TH STREET | CHICAGO | IL | 60637 | NA | NA | NA |
| G42538 | CHICAGO PROFESSIONAL CENTER | 16 PIPER LANE, SUITE 127 | PROSPECT HEIGHTS | IL | 60070 | NA | NA | NA |
| 001628 | AMERICAN ACADEMY OF ART | 332 S MICHIGAN AVE | CHICAGO | IL | 60604 | NA | NA | NA |
| 001633 | AUGUSTANA COLLEGE | 639 38TH ST | ROCK ISLAND | IL | 61201 | NA | NA | NA |
| 001634 | AURORA UNIVERSITY | 347 S GLADSTONE AVE | AURORA | IL | 60506 | NA | NA | NA |
| 001636 | SOUTHWESTERN ILLINOIS COLLEGE | 2500 CARLYLE AVE | BELLEVILLE | IL | 62221 | NA | NA | NA |
| 001638 | BLACK HAWK COLLEGE | 6600 34TH AVENUE | MOLINE | IL | 61265 | NA | NA | NA |
| 001639 | BLACKBURN COLLEGE | 700 COLLEGE AVENUE | CARLINVILLE | IL | 62626 | NA | NA | NA |
| 001640 | PRAIRIE STATE COLLEGE | 202 SOUTH HALSTED | CHICAGO HEIGHTS | IL | 60411 | NA | NA | NA |
| 001641 | BRADLEY UNIVERSITY | 1501 W BRADLEY AVE | PEORIA | IL | 61625 | NA | NA | NA |
| 001643 | SPOON RIVER COLLEGE | 23235 N COUNTY 22 | CANTON | IL | 61520 | NA | NA | NA |
| 001648 | TRUMAN COLLEGE | 1145 W WILSON AVE | CHICAGO | IL | 60640 | NA | NA | NA |
| 001649 | RICHARD J DALEY COLLEGE | 7500 S PULASKI RD | CHICAGO | IL | 60652 | NA | NA | NA |
| 001650 | CITY COLLEGES OF CHICAGO-MALCOLM X | 1900 WEST JACKSON BLVD | CHICAGO | IL | 60612 | NA | NA | NA |
| 001652 | HAROLD WASHINGTON COLLEGE | 30 E LAKE ST | CHICAGO | IL | 60601 | NA | NA | NA |
| 001653 | OLIVE-HARVEY COLLEGE | 10001 SOUTH WOODLAWN AVE | CHICAGO | IL | 60628 | NA | NA | NA |
| 001654 | KENNEDY KING COLLEGE | 6800 S WENTWORTH AVE | CHICAGO | IL | 60621 | NA | NA | NA |
| 001655 | WRIGHT COLLEGE | 4300 N NARRAGANSETT AVE | CHICAGO | IL | 60634 | NA | NA | NA |
| 001657 | MIDWESTERN UNIVERSITY | 555 31ST ST | DOWNERS GROVE | IL | 60515 | NA | NA | NA |
| 001659 | ROSALIND FRANKLIN UNIVERSITY OF MEDICINE | 3333 GREEN BAY ROAD-FAO | NORTH CHICAGO | IL | 60064 | NA | NA | NA |
| 001663 | SPERTUS COLLEGE | 610 SOUTH MICHIGAN AVENUE | CHICAGO | IL | 60605 | NA | NA | NA |
| 001664 | UNIVERSITY OF ST. FRANCIS | 500 N WILCOX STREET | JOLIET | IL | 60435 | NA | NA | NA |
| 001665 | COLUMBIA COLLEGE CHICAGO | 600 S MICHIGAN AVE | CHICAGO | IL | 60605 | NA | NA | NA |
| 001666 | CONCORDIA UNIVERSITY | 7400 AUGUSTA STREET | RIVER FOREST | IL | 60305 | NA | NA | NA |
| 001669 | DANVILLE AREA COMMUNITY COLLEGE | 2000 EAST MAIN STREET | DANVILLE | IL | 61832 | NA | NA | NA |
| 001671 | DEPAUL UNIVERSITY | 1 EAST JACKSON | CHICAGO | IL | 60604 | NA | NA | NA |
| 001674 | EASTERN ILLINOIS UNIVERSITY | 600 LINCOLN AVENUE | CHARLESTON | IL | 61920 | NA | NA | NA |
| 001675 | ELGIN COMMUNITY COLLEGE | 1700 SPARTAN DR | ELGIN | IL | 60123 | NA | NA | NA |
| 001676 | ELMHURST UNIVERSITY | 190 PROSPECT STREET | ELMHURST | IL | 60126 | NA | NA | NA |
| 001678 | EUREKA COLLEGE | 300 COLLEGE AVE | EUREKA | IL | 61530 | NA | NA | NA |
| 001681 | HIGHLAND COMMUNITY COLLEGE | 2998 W PEARL CITY RD | FREEPORT | IL | 61032 | NA | NA | NA |
| 001684 | GREENVILLE COLLEGE | P.O. BOX 159 | GREENVILLE | IL | 62246 | NA | NA | NA |
| 001685 | HEBREW THEOLOGICAL COLLEGE | 7135 NORTH CARPENTER ROAD | SKOKIE | IL | 60077 | NA | NA | NA |
| 001688 | ILLINOIS COLLEGE | 1101 WEST COLLEGE | JACKSONVILLE | IL | 62650 | NA | NA | NA |
| 001689 | ILLINOIS COLLEGE OF OPTOMETRY | 3241 S MICHIGAN ST | CHICAGO | IL | 60616 | NA | NA | NA |
| 001691 | ILLINOIS INSTITUTE OF TECHNOLOGY | 10 WEST 35TH STREET | CHICAGO | IL | 60616 | NA | NA | NA |
| 001692 | ILLINOIS STATE UNIVERSITY | 302 HOVEY HALL CAMPUS BOX 1000 | NORMAL | IL | 61790 | NA | NA | NA |
| 001693 | NORTHEASTERN ILLINOIS UNIV | 5500 NO ST LOUIS | CHICAGO | IL | 60625 | NA | NA | NA |
| 001694 | CHICAGO STATE UNIVERSITY | 9501 SOUTH KING DR | CHICAGO | IL | 60628 | NA | NA | NA |
| 001696 | ILLINOIS WESLEYAN UNIVERSITY | 1312 N. PARK STREET | BLOOMINGTON | IL | 61701 | NA | NA | NA |
| 001699 | JOLIET JUNIOR COLLEGE | 1215 HOUBOLT ROAD | JOLIET | IL | 60431 | NA | NA | NA |
| 001700 | JUDSON UNIVERSITY | 1151 NO STATE STREET | ELGIN | IL | 60123 | NA | NA | NA |
| 001701 | KASKASKIA COLLEGE | 27210 COLLEGE RD | CENTRALIA | IL | 62801 | NA | NA | NA |
| 001704 | KNOX COLLEGE | ** | GALESBURG | IL | 61401 | NA | NA | NA |
| 001705 | ILLINOIS VALLEY COMMUNITY COLLEGE | 815 NORTH ORLANDO SMITH ROAD | OGLESBY | IL | 61348 | NA | NA | NA |
| 001706 | LAKE FOREST COLLEGE | 555 N SHERIDAN RD | LAKE FOREST | IL | 60045 | NA | NA | NA |

| SchoolCode | SchoolName | Address | City | StateCode | ZipCode | Province | Country | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 001707 | LEWIS UNIVERSITY | ONE UNIVERSITY PARKWAY | ROMEOVILLE | IL | 60446 | NA | NA | NA |
| 001708 | LINCOLN CHRISTIAN UNIVERSITY | 100 CAMPUS VIEW DRIVE | LINCOLN | IL | 62656 | NA | NA | NA |
| 001709 | LINCOLN COLLEGE | 300 KEOKUK ST | LINCOLN | IL | 62656 | NA | NA | NA |
| 001710 | LOYOLA UNIVERSITY CHICAGO | 1032 WEST SHERIDAN ROAD | CHICAGO | IL | 60626 | NA | NA | NA |
| 001716 | MACCORMAC COLLEGE | 29 EAST MADISON | CHICAGO | IL | 60602 | NA | NA | NA |
| 001717 | MACMURRAY COLLEGE | 447 EAST COLLEGE AVENUE | JACKSONVILLE | IL | 62650 | NA | NA | NA |
| 001722 | MCKENDREE UNIVERSITY | 701 COLLEGE ROAD | LEBANON | IL | 62254 | NA | NA | NA |
| 001724 | MILLIKIN UNIVERSITY | 1184 WEST MAIN | DECATUR | IL | 62522 | NA | NA | NA |
| 001725 | MONMOUTH COLLEGE | 700 EAST BROADWAY | MONMOUTH | IL | 61462 | NA | NA | NA |
| 001727 | MOODY BIBLE INSTITUTE | 820 NORTH LASALLE BOULEVARD | CHICAGO | IL | 60610 | NA | NA | NA |
| 001728 | MORTON COLLEGE | 3801 SOUTH CENTRAL | CICERO | IL | 60804 | NA | NA | NA |
| 001732 | NATIONAL UNIV OF HEALTH SCIENCES | 200 E ROOSEVELT RD | LOMBARD | IL | 60148 | NA | NA | NA |
| 001733 | NATIONAL-LOUIS UNIVERSITY | 122 SOUTH MICHIGAN AVENUE | CHICAGO | IL | 60603 | NA | NA | NA |
| 001734 | NORTH CENTRAL COLLEGE | 30 N BRAINARD  PO BOX 3063 | NAPERVILLE | IL | 60540 | NA | NA | NA |
| 001735 | NORTH PARK UNIVERSITY | FIN AID OFF-3225 W FOSTER AVE | CHICAGO | IL | 60625 | NA | NA | NA |
| 001737 | NORTHERN ILLINOIS UNIVERSITY | ALTGELD HALL - ROOM 300A | DEKALB | IL | 60115 | NA | NA | NA |
| 001739 | NORTHWESTERN UNIV | 1801 HINMAN AVE 2ND FLOOR | EVANSTON | IL | 60208 | NA | NA | NA |
| 001741 | OLIVET NAZARENE UNIVERSITY | ONE UNIVERSITY AVENUE | BOURBONNAIS | IL | 60914 | NA | NA | NA |
| 001742 | ILLINOIS EASTERN COMMUNITY COLLEGES | 233 EAST CHESTNUT STREET | OLNEY | IL | 62450 | NA | NA | NA |
| 001745 | QUINCY UNIVERSITY | 1800 COLLEGE AVENUE | QUINCY | IL | 62301 | NA | NA | NA |
| 001747 | ROCK VALLEY COLLEGE | 3301 N MULFORD RD | ROCKFORD | IL | 61114 | NA | NA | NA |
| 001748 | ROCKFORD UNIVERSITY | 5050 E STATE ST | ROCKFORD | IL | 61108 | NA | NA | NA |
| 001749 | ROOSEVELT UNIVERSITY | 430 SOUTH MICHIGAN AVENUE | CHICAGO | IL | 60605 | NA | NA | NA |
| 001750 | DOMINICAN UNIVERSITY | 7900 WEST DIVISION STREET | RIVER FOREST | IL | 60305 | NA | NA | NA |
| 001752 | SAUK VALLEY COMMUNITY COLLEGE | 173 ILLINOIS RT 2 | DIXON | IL | 61021 | NA | NA | NA |
| 001753 | SCHOOL OF ART INSTITUTE OF CHICAGO | 36 S WABASH AVE | CHICAGO | IL | 60603 | NA | NA | NA |
| 001757 | SOUTHEASTERN ILLINOIS COLLEGE | 3575 COLLEGE ROAD | HARRISBURG | IL | 62946 | NA | NA | NA |
| 001758 | SOUTHERN ILL UNIV-CARBONDALE | LINCOLN DRIVE | CARBONDALE | IL | 62901 | NA | NA | NA |
| 001759 | SOUTHERN ILL UNIV-EDWARDSVILLE | POST OFFICE BOX 1060 | EDWARDSVILLE | IL | 62026 | NA | NA | NA |
| 001767 | BENEDICTINE UNIVERSITY | 5700 COLLEGE ROAD | LISLE | IL | 60532 | NA | NA | NA |
| 001768 | ST XAVIER UNIVERSITY | 3700 W 103RD ST | CHICAGO | IL | 60655 | NA | NA | NA |
| 001769 | SOUTH SUBURBAN COLLEGE | 15800 S STATE ST | SOUTH HOLLAND | IL | 60473 | NA | NA | NA |
| 001771 | TRINITY CHRISTIAN COLLEGE | 6601 WEST COLLEGE DRIVE | PALOS HEIGHTS | IL | 60463 | NA | NA | NA |
| 001772 | TRINITY INTERNATIONAL UNIVERSITY | 2065 HALF DAY RD | DEERFIELD | IL | 60015 | NA | NA | NA |
| 001773 | TRITON COLLEGE | 2000 FIFTH AVENUE | RIVER GROVE | IL | 60171 | NA | NA | NA |
| 001774 | UNIVERSITY OF CHICAGO (THE) | 5801 SOUTH ELLIS AVENUE | CHICAGO | IL | 60637 | NA | NA | NA |
| 001775 | UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN | 601 EAST JOHN STREET | CHAMPAIGN | IL | 61820 | NA | NA | NA |
| 001776 | UNIVERSITY OF ILLINOIS AT CHICAGO | 809 S MARSHFIELD AVE # 520 | CHICAGO | IL | 60612 | NA | NA | NA |
| 001778 | VANDERCOOK COLLEGE OF MUSIC | 3140 S FEDERAL STREET | CHICAGO | IL | 60616 | NA | NA | NA |
| 001780 | WESTERN ILLINOIS UNIVERSITY | 1 UNIVERSITY CIRCLE | MACOMB | IL | 61455 | NA | NA | NA |
| 001781 | WHEATON COLLEGE | 501 E COLLEGE | WHEATON | IL | 60187 | NA | NA | NA |
| 001783 | WORSHAM COLLEGE OF MORTUARY SCIENCE | 495 NORTHGATE PARKWAY | WHEELING | IL | 60090 | NA | NA | NA |
| 003961 | HARPER COLLEGE | 1200 W ALGONQUIN RD | PALATINE | IL | 60067 | NA | NA | NA |
| 004143 | BLESSING HOSPITAL - SCHOOL OF RADIOLOGIC | BROADWAY AT 11TH STREET | QUINCY | IL | 62305 | NA | NA | NA |
| 004560 | GEM CITY COLLEGE | 700 STATE STREET | QUINCY | IL | 62301 | NA | NA | NA |
| 006214 | BLESSING RIEMAN COLLEGE OF NURSING | BROADWAY AT 11TH ST | QUINCY | IL | 62301 | NA | NA | NA |
| 006225 | TRINITY COLLEGE OF NURSING AND HEALTH SC | 2122 25TH AVENUE | ROCK ISLAND | IL | 61201 | NA | NA | NA |
| 006228 | METHODIST COLLEGE | 7600 ACADEMIC DRIVE | PEORIA | IL | 61615 | NA | NA | NA |
| 006240 | ST FRANCIS MED CLG OF NRSG | 511 GREENLEAF | PEORIA | IL | 61603 | NA | NA | NA |
| 006385 | CHAMBERLAIN COLLEGE OF NURSING | 1221 NORTH SWIFT ROAD | ADDISON | IL | 60101 | NA | NA | NA |
| 006656 | COLLEGE OF DUPAGE | LAMBERT RD & 22ND ST | GLEN ELLYN | IL | 60137 | NA | NA | NA |
| 006753 | ILLINOIS CENTRAL COLLEGE | ONE COLLEGE DRIVE | EAST PEORIA | IL | 61635 | NA | NA | NA |
| 006931 | WAUBONSEE COMMUNITY COLLEGE | ROUTE 47 AT WAUBONSEE DRIVE | SUGAR GROVE | IL | 60554 | NA | NA | NA |
| 007118 | PARKLAND COLLEGE | 2400 W BRADLEY AVE | CHAMPAIGN | IL | 61821 | NA | NA | NA |
| 007119 | REND LAKE COLLEGE | 468 N KEN GRAY PARKWAY | INA | IL | 62846 | NA | NA | NA |
| 007170 | LINCOLN LAND COMMUNITY COLLEGE | 5250 SHEPHERD ROAD | SPRINGFIELD | IL | 62794 | NA | NA | NA |
| 007265 | CARL SANDBURG COLLEGE | 2400 TOM L WILSON BOULEVARD | GALESBURG | IL | 61401 | NA | NA | NA |
| 007549 | COYNE AMERICAN INSTITUTE | 330 NORTH GREEN STREET | CHICAGO | IL | 60607 | NA | NA | NA |
| 007644 | LAKE LAND COLLEGE | 5001 LAKE LAND BLVD | MATTOON | IL | 61938 | NA | NA | NA |
| 007684 | KISHWAUKEE COLLEGE | 21193 MALTA ROAD | MALTA | IL | 60150 | NA | NA | NA |
| 007690 | KANKAKEE COMMUNITY COLLEGE | 100 COLLEGE DRIVE | KANKAKEE | IL | 60901 | NA | NA | NA |
| 007691 | MCHENRY COUNTY COLLEGE | 8900 US HIGHWAY 14 | CRYSTAL LAKE | IL | 60012 | NA | NA | NA |
| 007692 | MORAINE VALLEY COMMUNITY COLLEGE | 9000 WEST COLLEGE PARKWAY | PALOS HILLS | IL | 60465 | NA | NA | NA |
| 007693 | SHAWNEE COMMUNITY COLLEGE | 8364 SHAWNEE COLLEGE ROAD | ULLIN | IL | 62992 | NA | NA | NA |
| 007694 | COLLEGE OF LAKE COUNTY | 19351 W WASHINGTON ST | GRAYSLAKE | IL | 60030 | NA | NA | NA |
| 007937 | MS ROBERTS ACADEMY OF BEAUTY CULTURE | 552 NORTH MANNHEIM ROAD | HILLSIDE | IL | 60162 | NA | NA | NA |
| 008076 | JOHN A LOGAN COLLEGE | 700 LOGAN COLLEGE ROAD | CARTERVILLE | IL | 62918 | NA | NA | NA |
| 008259 | EDUCATORS OF BEAUTY | 211 E 3RD ST | STERLING | IL | 61081 | NA | NA | NA |
| 008545 | STAUTZENBERGER COLLEGE - ROCKFORD CAREER | 1130 SOUTH ALPINE ROAD | ROCKFORD | IL | 61108 | NA | NA | NA |
| 008880 | MORRISON INSTITUTE OF TECHNOLOGY | 701 PORTLAND AVENUE | MORRISON | IL | 61270 | NA | NA | NA |

| SchoolCode | SchoolName | Address | City | StateCode | ZipCode | Province | Country | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 008938 | GRAHAM HOSPITAL SCH OF NURSING | 210 WEST WALNUT STREET | CANTON | IL | 61520 | NA | NA | NA |
| 009145 | GOVERNORS STATE UNIVERSITY | 1 UNIVERSITY PARKWAY | UNIVERSITY PARK | IL | 60466 | NA | NA | NA |
| 009333 | UNIV OF ILLINOIS AT SPRINGFIELD | 4300 SHEPHERD ROAD | SPRINGFIELD | IL | 62703 | NA | NA | NA |
| 009475 | EDUCATORS OF BEAUTY | 122 WRIGHT ST | LA SALLE | IL | 61301 | NA | NA | NA |
| 009595 | CANNELLA SCHOOL OF HAIR DESIGN | 9012 S COMMERCIAL | CHICAGO | IL | 60617 | NA | NA | NA |
| 009800 | RUSH UNIVERSITY | 600 S. PAULINA STREET STE 440 | CHICAGO | IL | 60612 | NA | NA | NA |
| 009896 | OAKTON COMMUNITY COLLEGE | 1600 E GOLF RD | DES PLAINES | IL | 60016 | NA | NA | NA |
| 009987 | SAINT ANTHONY COLLEGE OF NURSING | HEALTH SCIENCES CENTER | ROCKFORD | IL | 61114 | NA | NA | NA |
| 010020 | LEWIS AND CLARK COMMUNITY COLLEGE | 5800 GODFREY ROAD | GODFREY | IL | 62035 | NA | NA | NA |
| 010316 | LINCOLN COLLEGE OF TECHNOLOGY - MELROSE | 8317 WEST NORTH AVENUE | MELROSE PARK | IL | 60160 | NA | NA | NA |
| 010501 | LAKEVIEW COLLEGE OF NURSING | 903 N. LOGAN | DANVILLE | IL | 61832 | NA | NA | NA |
| 010695 | TRI-COUNTY BEAUTY ACADEMY | 219 N STATE ST | LITCHFIELD | IL | 62056 | NA | NA | NA |
| 010727 | DEVRY UNIVERSITY | 1200 E. DIEHL ROAD | NAPERVILLE | IL | 60563 | NA | NA | NA |
| 010836 | PIVOT POINT ACADEMY | 144 EAST LAKE STREET, SUITE C | BLOOMINGDALE | IL | 60108 | NA | NA | NA |
| 010879 | RICHLAND COMMUNITY COLLEGE | ONE COLLEGE PARK | DECATUR | IL | 62521 | NA | NA | NA |
| 011810 | TAYLOR BUSINESS INSTITUTE | 180 N. WABASH AVENUE | CHICAGO | IL | 60601 | NA | NA | NA |
| 012362 | NORTHWESTERN COLLEGE | 4829 N LIPPS AVE | CHICAGO | IL | 60630 | NA | NA | NA |
| 012385 | BLOOMINGTON-NORMAL SCH RADIOGRAPHY | 900 FRANKLIN AVE | NORMAL | IL | 61761 | NA | NA | NA |
| 012584 | ILLINOIS INSTITUTE OF ART (THE) | 350 NORTH ORLEANS STREET | CHICAGO | IL | 60654 | NA | NA | NA |
| 012813 | JOHN WOOD COMMUNITY COLLEGE | 1301 SOUTH 48TH STREET | QUINCY | IL | 62305 | NA | NA | NA |
| 013088 | CAPRI OAK FOREST COLLEGE OF BEAUTY | 15815 ROB ROY DR | OAK FOREST | IL | 60452 | NA | NA | NA |
| 013601 | HARRINGTON COLLEGE OF DESIGN | 200 WEST MADISON, SUITE 200 | CHICAGO | IL | 60606 | NA | NA | NA |
| 013816 | TELSHE YESHIVA-CHICAGO | 3535 W FOSTER AVE | CHICAGO | IL | 60625 | NA | NA | NA |
| 013944 | VATTEROTT COLLEGE | 3609 NORTH MARX DRIVE | QUINCY | IL | 62305 | NA | NA | NA |
| 013949 | BECK AREA CAREER CENTER | 6137 BECK ROAD | RED BUD | IL | 62278 | NA | NA | NA |
| 014120 | STEVEN PAPAGEORGE HAIR ACADEMY | 1113-15 WEST BELMONT | CHICAGO | IL | 60657 | NA | NA | NA |
| 014839 | UNIVERSITY OF SPA & COSMETOLOGY ART | 2913 W. WHITE OAKS DRIVE | SPRINGFIELD | IL | 62704 | NA | NA | NA |
| 015086 | COSMETOLOGY & SPA ACADEMY | 700 EAST TERRA COTTA AVENUE | CRYSTAL LAKE | IL | 60014 | NA | NA | NA |
| 015310 | EAST WEST UNIVERSITY | 816 S MICHIGAN AVENUE | CHICAGO | IL | 60605 | NA | NA | NA |
| 015415 | ST AUGUSTINE COLLEGE | 1345 W ARGYLE | CHICAGO | IL | 60640 | NA | NA | NA |
| 015568 | CANNELLA SCHOOL OF HAIR DESIGN | 617 W. NORTH AVE | VILLA PARK | IL | 60181 | NA | NA | NA |
| 015965 | G SKIN & BEAUTY INSTITUTE | 90 W HILLCREST BOULEVARD SUITE 302 | SCHAUMBURG | IL | 60195 | NA | NA | NA |
| 015970 | HAIR PROFESSIONALS SCH COSMETOLOGY | 5460 ROUTE 34 | OSWEGO | IL | 60543 | NA | NA | NA |
| 016242 | OEHRLEIN SCHOOL OF COSMETOLOGY | 100 MEADOW AVE | EAST PEORIA | IL | 61611 | NA | NA | NA |
| 016350 | LA' JAMES INTERNATIONAL COLLEGE | 485 - AVENUE OF THE CITIES | EAST MOLINE | IL | 61244 | NA | NA | NA |
| 016393 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 202 EAST UNIVERSITY AVENUE | URBANA | IL | 61801 | NA | NA | NA |
| 016426 | CAPITAL AREA SCH OF PRAC NRSG | 2201 TORONTO RD | SPRINGFIELD | IL | 62707 | NA | NA | NA |
| 016448 | PROFESSIONAL'S CHOICE HAIR DSN ACAD | 2719 W JEFFERSON ST | JOLIET | IL | 60435 | NA | NA | NA |
| 016504 | HAIR PROFESSIONALS CAREER COLLEGE | 2245 GATEWAY DR | SYCAMORE | IL | 60178 | NA | NA | NA |
| 016694 | CANNELLA SCHOOL OF HAIR DESIGN | 4269 S ARCHER AVE | CHICAGO | IL | 60632 | NA | NA | NA |
| 016841 | G SKIN & BEAUTY INSTITUTE | 1200 HARGER ROAD | OAK BROOK | IL | 60523 | NA | NA | NA |
| 016924 | FOX COLLEGE | 6640 S. CICERO | BEDFORD PARK | IL | 60638 | NA | NA | NA |
| 017036 | BELL MAR BEAUTY COLLEGE | 5717 W CERMAK RD | CICERO | IL | 60650 | NA | NA | NA |
| 017214 | NILES SCHOOL OF COSMETOLOGY | 8057 N MILWAUKEE AVE | NILES | IL | 60714 | NA | NA | NA |
| 017319 | ENVIRONMENTAL TECHNICAL INSTITUTE | 500 JOLIET ROAD | WILLOWBROOK | IL | 60527 | NA | NA | NA |
| 022141 | RESURRECTION UNIVERSITY | 1431 NORTH CLAREMONT AVENUE | CHICAGO | IL | 60622 | NA | NA | NA |
| 025849 | FIRST INSTITUTE, INC. | 790 MCHENRY AVE | CRYSTAL LAKE | IL | 60014 | NA | NA | NA |
| 025877 | HAIR PROFESSIONALS CAREER COLLEGE | 10321 S ROBERTS RD | PALOS HILLS | IL | 60465 | NA | NA | NA |
| 030020 | HAIRMASTERS INSTITUTE OF COSMETOLOGY | 506 SOUTH MCCLUN STREET | BLOOMINGTON | IL | 61701 | NA | NA | NA |
| 030653 | PAUL MITCHELL THE SCHOOL BRADLEY | 1600 N STATE RT. 50 ROOM 522 | BOURBONNAIS | IL | 60914 | NA | NA | NA |
| 030784 | CAMEO BEAUTY ACADEMY | 9714 S CICERO AVE | OAK LAWN | IL | 60453 | NA | NA | NA |
| 030829 | ROSEL SCHOOL OF COSMETOLOGY | 307 GOLF MILL CENTER | NILES | IL | 60714 | NA | NA | NA |
| 030838 | HEARTLAND COMMUNITY COLLEGE | 1500 WEST RAAB RD | NORMAL | IL | 61761 | NA | NA | NA |
| 030980 | ST. JOHN'S COLLEGE | 729 EAST CARPENTER STREET | SPRINGFIELD | IL | 62702 | NA | NA | NA |
| 031018 | ILLINOIS MEDIA SCHOOL | 55 WEST 22ND ST SUITE 240 | LOMBARD | IL | 60148 | NA | NA | NA |
| 031285 | NATIONAL LATINO EDUCATION INSTITUTE | 2011 W PERSHING RD | CHICAGO | IL | 60609 | NA | NA | NA |
| 033683 | MIDWEST TECHNICAL INSTITUTE | 2731 N.FARMERS MARKET ROAD | SPRINGFIELD | IL | 62707 | NA | NA | NA |
| 034557 | CORTIVA INSTITUTE - CHICAGO | 17 NORTH STATE STREET | CHICAGO | IL | 60602 | NA | NA | NA |
| 034685 | MDT COLLEGE OF HEALTH SCIENCES | 25 EAST WASHINGTON STREET | CHICAGO | IL | 60602 | NA | NA | NA |
| 034903 | PAUL MITCHELL THE SCHOOL CHICAGO | 1225 SOUTH HALSTED STREET | CHICAGO | IL | 60607 | NA | NA | NA |
| 038913 | SOMA INSTITUTE - THE NATIONAL SCHOOL OF | 55 EAST JACKSON BOULEVARD | CHICAGO | IL | 60604 | NA | NA | NA |
| 039143 | CALC, INSTITUTE OF TECHNOLOGY | 200 NORTH CENTER DRIVE SUITE A | ALTON | IL | 62002 | NA | NA | NA |
| 041176 | LARRY'S BARBER COLLEGE | 10350 SOUTH HALSTED STREET | CHICAGO | IL | 60628 | NA | NA | NA |
| 041247 | AMBRIA COLLEGE OF NURSING | 5210 TRILLIUM BOULEVARD | HOFFMAN ESTATES | IL | 60192 | NA | NA | NA |
| 041369 | UNIVERSITY OF AESTHETICS (THE) | 1357 NORTH MILWAUKEE AVENUE | CHICAGO | IL | 60622 | NA | NA | NA |
| 041370 | UNIVERSITY OF AESTHETICS & COSMETOLOGY ( | 1037-1043 CURTISS STREET | DOWNERS GROVE | IL | 60515 | NA | NA | NA |
| 041375 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 5321 NORTH HARLEM AVENUE | CHICAGO | IL | 60656 | NA | NA | NA |
| 041390 | MIDWESTERN CAREER COLLEGE | 20 NORTH WACKER DRIVE, SUITE 3800 | CHICAGO | IL | 60606 | NA | NA | NA |
| 041410 | DOUGLAS J AVEDA INSTITUTE-CHICAGO | 2828 NORTH CLARK STREET | CHICAGO | IL | 60657 | NA | NA | NA |
| 041471 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 751 EAST PARK AVENUE | LIBERTYVILLE | IL | 60048 | NA | NA | NA |

| SchoolCode | SchoolName | Address | City | StateCode | ZipCode | Province | Country | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 041472 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 7350 WEST 87TH STREET | BRIDGEVIEW | IL | 60455 | NA | NA | NA |
| 041473 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 530 EAST NORTH AVENUE | GLENDALE HEIGHTS | IL | 60139 | NA | NA | NA |
| 041474 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 602 WEST GLEN AVENUE | PEORIA | IL | 61614 | NA | NA | NA |
| 041475 | TRICOCI UNIVERSITY OF BEAUTY CULTURE | 5485 EAST STATE STREET | ROCKFORD | IL | 61108 | NA | NA | NA |
| 041606 | PAUL MITCHELL THE SCHOOL NORMAL | 1503 EAST COLLEGE AVENUE | NORMAL | IL | 61761 | NA | NA | NA |
| 041678 | INNOVATIONS DESIGN ACADEMY | 125 EAST LOCUST STREET | CANTON | IL | 61520 | NA | NA | NA |
| 041749 | ESTELLE INTERNATIONAL | 10024 SKOKIE BOULEVARD | SKOKIE | IL | 60077 | NA | NA | NA |
| 041750 | UNIVERSAL SPA TRAINING ACADEMY | 340 BURLINGTON AVENUE | DOWNERS GROVE | IL | 60515 | NA | NA | NA |
| 041791 | VERVE COLLEGE | 2625 BUTTERFIELD ROAD | OAK BROOK | IL | 60523 | NA | NA | NA |
| 041874 | COSMETOLOGY CONCEPTS | 15301 SOUTH CICERO AVENUE | OAK FOREST | IL | 60452 | NA | NA | NA |
| 041892 | SALON PROFESSIONAL ACADEMY (THE) | 335 VERTIN BOULEVARD | SHOREWOOD | IL | 60404 | NA | NA | NA |
| 041894 | REFLECTIONS ACADEMY OF BEAUTY | 241 NORTH MAIN STREET | DECATUR | IL | 62523 | NA | NA | NA |
| 041896 | STATE CAREER SCHOOL | 1702 WASHINGTON STREET | WAUKEGAN | IL | 60085 | NA | NA | NA |
| 041956 | COLUMBIA COLLEGE HOLLYWOOD - FLASHPOINT | 28 NORTH CLARK STREET | CHICAGO | IL | 60602 | NA | NA | NA |
| 042244 | NETWORKS BARBER COLLEGE | 508 BURNHAM AVENUE | CALUMET | IL | 60409 | NA | NA | NA |
| 042245 | TRENZ BEAUTY ACADEMY | 695 WENTWORTH AVENUE | CALUMET CITY | IL | 60409 | NA | NA | NA |
| 042253 | CREATIVE TOUCH COSMETOLOGY SCHOOL | 234 EAST 3RD STREET | WATERLOO | IL | 62298 | NA | NA | NA |
| 042299 | DEBUTANTES SCHOOL OF COSMETOLOGY AND NAI | 145 N. 3RD STREET | DEKALB | IL | 60115 | NA | NA | NA |
| 042323 | HVAC TECHNICAL INSTITUTE | 4532 SOUTH KOLIN AVENUE | CHICAGO | IL | 60632 | NA | NA | NA |
| 042428 | CAAN ACADEMY OF NURSING | 4747 LINCOLN MALL DR. - SUITE 420 | MATTESON | IL | 60443 | NA | NA | NA |
| 042540 | PHIPPS ACADEMY OF BARBERING | 3732 SAUK TRAIL ROAD | RICHTON PARK | IL | 60471 | NA | NA | NA |
| 042955 | ZEN SHIATSU CHICAGO | 825 CHICAGO AVENUE SUITE A | EVANSTON | IL | 60202 | NA | NA | NA |