1:21-cv-01096-SLD-JEH # 1-4 Filed: 06/17/21 Page 1 of 5

E-FILED
Thursday, 17 June, 2021 09:42:09 AM
Clerk, U.S. District Court, ILCD

# Exhibit D

The Department will contact the school, generally within 90 days of receiving the application, if it has additional questions. If it approves the school's application, it will send an electronic notice to the president and financial aid officer stating that the school is eligible and that its approval letter and ECAR must be printed and maintained. If the Department does not approve the school's application, it will tell the school why.

## WITHDRAWAL RATES

Students are considered to have withdrawn if they officially withdraw, unofficially drop out, are expelled from the school, or receive a 100% refund of their tuition and fees. Those who withdraw from one or more courses or programs but do not withdraw entirely from the school (e.g., the students reduced their credit hours from 12 to 6) do not meet the definition of withdrawn. Instead, this action is considered a change in enrollment status.

New schools (those seeking to participate in an FSA program for the first time) must have an undergraduate withdrawal rate for regular students of no more than 33% during the last completed award year.

When calculating the withdrawal rate, the school must include all regular, enrolled students. For the purpose of withdrawal rates, students are considered enrolled when they complete the school's registration requirements. Correspondence students are enrolled if they have been admitted to the program and have submitted one lesson (that was completed without the assistance of a school representative). The definition of enrolled does not require either payment of tuition or class attendance; therefore, the withdrawal rate calculation must include enrolled students who have not yet paid tuition or begun attending classes.

**Program Participation Agreement**
HEA Sec. 487
34 CFR 668.14
20 U.S.C. 1085, 1088, 1091, 1092, 1094, 1099a-3, 1099c, and 1141

## THE PROGRAM PARTICIPATION AGREEMENT

To be Title IV-eligible, schools must have a current program participation agreement (PPA), signed by their president, chief executive officer, or chancellor and an authorized representative of the Secretary of Education. Note that the PPA and the E-App (see *Chapter 5*) are not the same thing. The E-App is used to apply to participate in the Title IV programs initially (which results in a PPA) and to update a current approval; it's also used for recertification, reinstatement, change in ownership, and designation as an eligible nonparticipating institution.

### *Purpose and scope of the PPA*

With the PPA the school agrees to comply with the laws, regulations, and policies governing the FSA programs. After being certified for FSA program participation, the school must administer FSA program funds in a prudent and responsible manner. A PPA contains critical information such as the effective date of a school's approval, the date when the approval expires, and the date by which the school must reapply

for participation; the PPA also includes the FSA programs in which the school is eligible to participate. The FSA programs are:

- Federal Pell Grant
- Iraq and Afghanistan Service Grant (A school that is certified for Pell Grant purposes is considered to be certified for the Iraq and Afghanistan Service Grant program.)
- TEACH Grant
- Federal Supplemental Educational Opportunity Grant
- Federal Work-Study
- Federal Direct Loan Program

### *Beginning to disburse funds when first signing the PPA*

A school may make Pell and TEACH Grant disbursements to students for the payment period in which the PPA is signed by the Secretary. Schools receiving initial certification can participate in the Campus-Based programs in the next award year that funds become available (provided the Fiscal Operations Report and Application to Participate is completed by the deadline for that year). Direct Loan disbursements may begin in the loan period that the PPA is signed.

### *Expiration or termination of the agreement*

Either the school or the Department may terminate the PPA. The agreement automatically terminates if the school loses eligibility. The PPA also expires on the date that

- the school changes ownership that results in a change in control (see *Chapter 5*),
- the school closes or stops offering educational programs for a reason other than a normal vacation period or natural disaster that directly affects it or its students (see closure procedures in *Chapter 8*),
- the school ceases to meet the eligibility requirements (see *Chapter 4* and "Losing Eligibility" earlier in this chapter),
- the school's period of participation expires, or
- its provisional certification is revoked (*Chapters 4, 5,* and *8*).

A school's PPA no longer covers an additional location as of the date on which that location ceases to be a part of the school.

## Selected Provisions of the PPA

Most of the provisions of the Program Participation Agreement (PPA) are discussed in detail in *Volume 2* and other volumes of the *Federal Student Aid Handbook*. In this section, we highlight some of the general school requirements in the PPA that may not be as familiar to financial aid professionals.

Note that the PPA may list additional requirements that are school-specific; schools must carefully review all of the requirements listed on their PPA.

### *General terms and conditions*

- The school certifies that it will comply with
    1. Title VI of the Civil Rights Act of 1964, as amended, barring discrimination on the basis of race, color, or national origin;
    2. Title IX of the Education Amendments of 1972, barring discrimination on the basis of sex;
    3. The Family Educational Rights and Privacy Act of 1974 (see *Chapter 7*);
    4. Sections 501 and 505(b)(2) of the Gramm-Leach-Bliley Act, on safeguarding information (see *Chapter 7*);
    5. Section 504 of the Rehabilitation Act of 1973, barring discrimination on the basis of physical handicap (34 CFR Part 104); and
    6. The Age Discrimination Act of 1975 (34 CFR Part 110).
- The school acknowledges that the Department, states, and accrediting agencies may share information about the school without limitation.
- The school must agree to submit any dispute involving an adverse action, such as the final denial, withdrawal, or termination of accreditation, to arbitration before initiating any other legal action.

### *General provisions*

- The school will use funds received under any FSA program, as well as any interest and other earnings thereon, solely for the purposes specified for that program.
- If the school is permitted to request FSA program funds under an advance payment method, the school will time its requests for funds to meet only the school's immediate FSA program needs (see *Volume 4, Chapter 2*).
- The school will not charge for processing or handling any application, form, or data used to determine a student's FSA eligibility (see *Chapter 3*).
- The school will establish administrative/fiscal procedures and reports that are necessary for the proper and efficient management of FSA funds, and it will provide timely information on its administrative capability and financial responsibility to the Department and to the appropriate state, guaranty, and accrediting agencies (see *Chapter 6*).
- The school must acknowledge the authority of the Department and other entities to share information regarding fraud, abuse, or the school's eligibility for participation in the FSA programs (see *Chapter 8*).
- The school must, in a timely manner, complete reports, surveys, and any other data collection effort of the Department including surveys under the Integrated Postsecondary Education Data System (see *Chapter 6*).
- The school cannot penalize in any way a student who is unable to pay school costs due to compliance with the FSA program requirements or due to a delay in an FSA loan disbursement caused by the school.
- The school must comply with the program integrity requirements established by the Department, state authorizing bodies, and accrediting agencies (see *Chapter 8*).
- The school is liable for all improperly administered funds received or returned under the FSA programs, including any funds administered by a third-party servicer (see *Chapter 3*).

### Selected Provisions of the PPA, continued

- If the program offered by the school is preparing students for gainful employment in a recognized occupation, the school will
    1. demonstrate a reasonable relationship [as defined in 34 CFR 668.14(b)(26)(i)] between the length of the program and entry level requirements for the recognized occupation, and
    2. establish the need for the training for students to obtain employment in the recognized occupation.

## Certifications

Three certifications are included in the PPA:

- Lobbying; Debarment, Suspension, and other responsibility matters; and Drug-Free Workplace Requirements (see *Chapter 6*).
- Drug Prevention Certification (see *Chapter 6*).
- Certification regarding Debarment, Suspension, Eligibility, and Voluntary Exclusion—lower-tier covered transactions.

## Direct Loans

- The school will not charge any fees of any kind to student or parent borrowers for loan application, origination activities, or the provision and processing of any information needed to receive a Direct Loan.
- The note or evidence of obligation of the loan shall be the property of the Secretary.
- The school accepts responsibility and financial liability stemming from its failure to perform its functions under the Program Participation Agreement.

## Additional requirements

In addition to the requirements listed on the PPA, a school must meet any requirements for participation in the General Provisions (34 CFR Part 668), as well as those specific to an individual FSA program:

- Federal Pell Grant Program—20 USC 1070a et seq., 34 CFR Part 690
- Federal Direct Student Loan Program—20 USC 1087a et seq., 34 CFR Part 685
- Federal Supplemental Educational Opportunity Grant Program—20 USC 1070b et seq., 34 CFR Part 676
- Federal Work-Study Program—42 USC 2751 et seq., 34 CFR Part 675

These requirements are discussed in the *Application and Verification Guide* and volumes 1–6 of this *Federal Student Aid Handbook*.