# Exhibit E

668.165—Notices and Authorizations. See Volume 4 for more information on notices and authorizations for disbursements.

The consent must be obtained in a manner that reasonably demonstrates that the person can access the information to be provided in an electronic form. For example, if you are going to send financial information by email, you could send a request for consent to the recipient via email, require the recipient to respond in a like manner, and maintain a record of that response.

## Safeguarding confidential information in electronic processes

Any time a school uses an electronic process to record or transmit confidential information or obtain a student's confirmation, acknowledgment, or approval, the school must adopt reasonable safeguards against possible fraud and abuse. Reasonable safeguards a school might take include password protection, password changes at set intervals, access revocation for unsuccessful logins, user identification and entry-point tracking, random audit surveys, and security tests of the code access.

If your school uses an electronic process to provide notices, make disclosures, and direct students to a secure website, it must provide notice of this each year to each student, whether via email, campus mail, or the traditional mail of the U.S. Postal Service.

The annual individual notice must

- identify the information required to be disclosed that year,
- provide the exact Web address for the information,
- state that persons are entitled to a paper copy upon request, and
- inform students how to request a paper copy.

## Establishing and maintaining an information security program

The Federal Trade Commission (FTC) has ruled that most colleges are subject to the provisions of the Financial Services Act's Security Provisions (also known as the Financial Services Modernization Act). In the regulation, the commission created a definition of financial institutions that includes most colleges on the basis of the financial relationships they have with students, donors, and others. Consequently, colleges must adopt an information security program and draft detailed policies for handling financial data covered by the law, such as parents' annual income, and take steps to protect the data from falling into the wrong hands. For specific requirements, see the discussion under *FTC Standards for Safeguarding Customer Information* later in this chapter.

While colleges have flexibility in choosing a system that provides for electronic requests for release of personally identifiable information, they must ensure that their systems provide adequate safeguards. Also, the

FTC requirements apply to Title IV third-party servicers, so colleges must use servicers that are capable of maintaining such safeguards and must require servicers by contract to implement and maintain those safeguards.

### *Protecting student information*

Under their Program Participation Agreement (PPA) and the Gramm-Leach-Bliley Act (Public Law 106-102), schools must protect student financial aid information, with particular attention to information provided to institutions by the Department or otherwise obtained in support of the administration of the federal student financial aid programs.

The GLBA requires institutions to, among other things,

- Develop, implement, and maintain a written information security program;
- Designate the employee(s) responsible for coordinating the information security program;
- Identify and assess risks to customer information;
- Design and implement an information safeguards program;
- Select appropriate service providers that are capable of maintaining appropriate safeguards; and
- Periodically evaluate and update their security program.

Presidents and chief information officers of institutions should have, at a minimum, evaluated and documented their current security posture against the requirements of GLBA and have taken immediate action to remediate any identified deficiencies.

The Department is incorporating the GLBA security controls into the Annual Audit Guide in order to assess and confirm schools' compliance with the GLBA. The Department will require the examination of evidence of GLBA compliance as part of schools' annual student aid compliance audit.

See DCL GEN-15-18 on protecting student information. It gives suggestions and resources for following industry standards and best practices on managing information systems. GEN-16-12 offers more information.

In August 2018 the Department issued a warning about a malicious phishing campaign that sought access to student accounts via student portals. That announcement identified single-factor authentication as a weakness exploited in these cyberattacks and recommended that colleges use two- or multi-factor authentication to reduce the likelihood of such security breaches. To report incidents or get answers to questions about cybersecurity, send an email to FSA_IHECyberCompliance@ed.gov.

> **Reporting Security Breaches to Students and the Department**
>
> The Department considers any breach in the security of student records and information to be a demonstration of a potential lack of administrative capability.
>
> Schools' SAIG Agreements include a provision that schools must immediately notify the Department at CPSSAIG@ed.gov when there is breach of security of student records and information, and ED strongly encourages schools to notify their students of the breach at the same time.
>
> In their reports to the Department, schools should include the following:
>
> - Date of breach (suspected or known)
> - Impact of breach (# of records, etc.)
> - Method of breach (hack, accidental disclosure, etc.)
> - Information Security Program Point of Contact - Email and phone details
> - Remediation Status (complete, in process - with detail)
> - Next steps (as needed)
>
> Federal Student Aid has consolidated its cybersecurity compliance information and resources on its FSA Cybersecurity Compliance site.

### *NIST Special Publication 800-171 Rev. 2*

As data breaches increase, it is vital that schools protect controlled unclassified information (CUI) used in the administration of the federal student aid programs. Since 2018 many schools have adopted some or all of the recommended requirements of National Institute of Standards and Technology (NIST) Special Publication 800–171. We further encourage use of NIST 800–171 Rev. 2, *Controlled Unclassified Information in Non-federal Systems*, to help mitigate risks related to CUI.

In 2021 the Department plans for a self-assessment to determine schools' readiness to comply with NIST 800–171 Rev. 2 and other cyber-security requirements. We intend to collaborate with schools and other organizations to establish a cybersecurity baseline, share information, and ensure this compliance. We will provide further guidance in 2021, including information about the cybersecurity self-assessment. In the meantime, we strongly encourage schools to learn more about NIST 800–171 Rev. 2 and to share that with their IT teams to reduce risk surrounding CUI. See the December 18, 2020, announcement for more, including links to NIST documents.

1:21-cv-02096-SDL-JEK #14-5 Filed: 06/17/26 Page 5 of 5
1:21-cv-02096-SLD-JEH #14-5 Filed: 06/13/26 Page 7 of 7
Volume 2—School Eligibility and Operations 2020–2021     Glossary  CFR  DCL

# FTC Standards for Safeguarding Customer Information

Colleges participating in the FSA programs are subject to the information security requirements established by the FTC for financial institutions.

**Customer information that must be safeguarded**

These requirements apply to all customer information your school has, regardless of whether it pertains to students, parents, or others your school has a customer relationship with or pertains to the customers of other financial institutions that have given such information to you.

Customer information is any record containing nonpublic personal information[1] about a customer of a financial institution, whether in paper, electronic, or other form, that is handled or maintained by or on behalf of you or your affiliates.

**Establishing and maintaining an information security program**

As a financial institution covered under these information security requirements, your school must develop, implement, and maintain a comprehensive information security program.[2]

The information security program must be written in one or more readily accessible parts and contain administrative, technical, and physical safeguards that are appropriate to the size and complexity of the school, the nature and scope of its activities, and the sensitivity of any customer information at issue.

The safeguards shall be reasonably designed to achieve the following objectives:

- insure the security and confidentiality of customer information,
- protect against any anticipated threats or hazards to the security or integrity of such information, and
- protect against unauthorized access to or use of such information that could result in substantial harm or inconvenience to any customer.

**Required elements of an information security program**

*Designated coordinators.* Your school must designate an employee or employees to coordinate its information security program.

*Risk assessment.* Your school must identify reasonably foreseeable internal and external risks to the security, confidentiality, and integrity of customer information that could result in the unauthorized disclosure, misuse, alteration, destruction, or other compromise of such information and assess the sufficiency of any safeguards in place to control these risks.

At a minimum, the school's risk assessment should include consideration of risks in each relevant area of your operations, including

- employee training and management,
- information systems, including network and software design, as well as information processing, storage, transmission, and disposal, and
- detecting, preventing, and responding to attacks, intrusions, or other system failures.

*Safeguards and testing/monitoring.* Your school must design and implement information safeguards to control the risks you identify through risk assessment, and regularly test or otherwise monitor the effectiveness of the safeguards' key controls, systems, and procedures.

*Evaluation and adjustment.* Your school must evaluate and adjust its information security program in light of the results of the required testing and monitoring, as well as for any material changes to your operations or business arrangements or any other circumstances that it has reason to know may have a material impact on your school's information security program.

*Overseeing service providers.* A service provider is any person or entity that receives, maintains, processes, or otherwise is permitted access to customer information by providing services directly to your school. Your school must take reasonable steps to have service providers that are capable of maintaining appropriate safeguards for customer information, and you must require your service providers by contract to implement and maintain such safeguards.

---

[1] Personally identifiable financial information; and any list, description, or other grouping of consumers (and publicly available information pertaining to them) that is derived using any personally identifiable financial information that is not publicly available.

[2] The administrative, technical, or physical safeguards you use to access, collect, distribute, process, protect, store, use, transmit, dispose of, or otherwise handle customer information.

FTC regulations: 16 CFR 313.3(n) and 16 CFR 314.1–5
Gramm-Leach-Bliley Act: Sections 501 and 505(b)(2)
U.S. Code: 15 USC 6801(b), 6805(b)(2)