(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the grant, the employee will -

   (1) Abide by the terms of the statement, and

   (2) Notify the employer in writing if he or she is convicted for a violation of a criminal drug statute occurring in the workplace no more than five calendar days after such conviction;

(e) Notifying the agency, in writing, within 10 calendar days after receiving notice under this subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position title, to: Director, Grants and Contracts Service, U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, DC 20202. Notice shall include the identification number(s) of each affected grant;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted -

   (1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1972, as amended; or

   (2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

## 2b. Drug-Free Workplace (Grantees Who Are Individuals)

As required by the Drug-Free Workplace Act of 1988, and implemented at 34 C.F.R. Part 84, Subpart C, for recipients who are individuals, as defined at 34 C.F.R. Part 84, § 84.300 -

1. As a condition of the grant, the Institution certifies that it will not engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in conducting any activity related to the award; and

2. If any officer or owner of the Institution is convicted of a criminal drug offense resulting from a violation occurring during the conduct of any award activity, the Institution will report the conviction, in writing, within 10 calendar days of the conviction, to: Director, Grants and Contracts Service, U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, DC 20202. Notice shall include the identification number(s) of each affected grant.

## 3. Debarment, Suspension, and Other Responsibility Matters

As required by Executive Order 12549, Debarment and Suspension, and implemented at 2 C.F.R. Part 180, for prospective participants in primary covered transactions as defined at 2 C.F.R. Part 180, §§ 180.200 and 180.210, the Institution certifies that it and its principals (per 2 C.F.R. § 180.335):

(a) Are not presently debarred, suspended, proposed for debarment, voluntarily excluded, or disqualified;

(b) Have not within a three-year period preceding this application been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public or private agreement or transaction; violation of Federal or State antitrust statutes, including those proscribing price fixing between

competitors, allocation of customers between competitors, and bid rigging; commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, receiving stolen property, making false claims, or obstruction of justice; or commission of any other offense indicating a lack of business integrity or business honesty that seriously and directly affects their present responsibility.

(c) Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (b) of this certification; and

(d) Have not within a three-year period preceding this application had one or more public transactions (Federal, State, or local) terminated for cause or default.

## 4. Drug and Alcohol Abuse Prevention

As required by the Drug-Free Schools and Communities Act Amendments of 1989, which added section 1213 to the Higher Education Act, and implemented at 34 C.F.R. Part 86, the undersigned Institution certifies that it has adopted and implemented a drug prevention program for its students and employees that, at a minimum, includes--

1. The annual distribution in writing to each employee, and to each student who is taking one or more classes for any kind of academic credit except for continuing education units, regardless of the length of the student's program of study, of:
   - Standards of conduct that clearly prohibit, at a minimum, the unlawful possession, use, or distribution of illicit drugs and alcohol by students and employees on its property or as part of any of its activities.
   - A description of the applicable legal sanctions under local, State or Federal law for the unlawful possession or distribution of illicit drugs and alcohol.
   - A description of the health risks associated with the use of illicit drugs and the abuse of alcohol.
   - A description of any drug or alcohol counseling, treatment, or rehabilitation or re-entry programs that are available to employees or students.
   - A clear statement that the Institution will impose disciplinary sanctions on students and employees (consistent with local, State and Federal law), and a description of those sanctions, up to and including expulsion or termination of employment and referral for prosecution, for violation of the standards of conduct. A disciplinary sanction may include the completion of an appropriate rehabilitation program.

2. A biennial review by the Institution of its program to:
   - Determine its effectiveness and implement changes to the program if they are needed.
   - Ensure that its disciplinary sanctions are consistently enforced.

# PART 2 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, DISQUALIFICATION, AND VOLUNTARY EXCLUSION -- LOWER TIER COVERED TRANSACTIONS

**The Institution is to obtain the signatures of Lower Tier Contractors on reproduced copies of the certification below, and retain the signed certification(s) in the Institution's files.**

**CERTIFICATION BY LOWER TIER CONTRACTOR**
(Before Completing Certification, Read Instructions for This Part, below)

(1) The prospective lower tier participant certifies by submission of this proposal, that neither it nor its principals are presently debarred, suspended, proposed for debarment, voluntarily excluded, or disqualified from participation in this transaction by any Federal Department or Agency.

(2) Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

Name of Lower Tier Organization

PR/Award Number or Project Name

Name of Authorized Representative

Title of Authorized Representative

Signature of Authorized Representative

Date

1. By signing and submitting this proposal, the prospective lower tier participant is providing the certification set out below.
2. The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.
3. The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.
4. The terms "covered transaction," "debarred," "suspended," "disqualified," "lower tier covered transaction," "participant," "person," "primary covered transaction," "principal," "proposal," "voluntarily excluded," as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to whom this proposal is submitted for assistance in obtaining a copy of those regulations.
5. The prospective lower tier participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.
6. The prospective lower tier participant further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Disqualification, and

Voluntary Exclusion--Lower Tier Covered Transactions," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not debarred, suspended, disqualified, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the Nonprocurement List.

8. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9. Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, disqualified, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

**NOTE:** A completed copy of the "Certification Regarding Debarment, Suspension, Disqualification and Voluntary Exclusion--Lower Tier Covered Transactions" form must be retained by the Institution. The original blank certification must be returned with the PPA.

## IN WITNESS WHEREOF

the parties hereto have caused this Agreement to be executed by their duly authorized representatives.

Signature of Institution's
Chief Executive Officer: _[signature]_ Date: 10/07/19

Print Name and Title: Gary Roberts
President

For the Secretary: _[signature]_ Date: 10/17/19
U.S. Department of Education



## UNITED STATES DEPARTMENT OF EDUCATION

FEDERAL STUDENT AID
SCHOOL ELIGIBILITY SERVICE GROUP
SCHOOL PARTICIPATION TEAM
CHICAGO - DENVER TEAM

Mr. Gary R. Roberts
President
Bradley University
1501 West Bradley Avenue
Peoria, IL 61625-0002

10/17/2019

**OPE ID 00164100**

Dear Mr. Roberts:

The Chicago - Denver School Participation Team is pleased to inform you that, based upon the information included in your Application for Approval to Participate in Federal Student Financial Aid Programs, the Secretary of Education (Secretary) has determined that Bradley University (Institution) satisfies the definition of an eligible institution under the Higher Education Act of 1965, as amended (HEA). Bradley University will be listed in the next edition of the Directory of Postsecondary Institutions published by the U.S. Department of Education (Department).

**OPE ID NUMBER**

The OPE ID Number 00164100 is a unique identifier for the Institution. The OPE ID Number will also be the Institution's identification number for the Title IV, HEA programs. Please use the OPE ID Number in all communications with the Department.

**ELIGIBILITY AND CERTIFICATION APPROVAL REPORT**

Please print a copy of the **Eligibility and Certification Approval Report** (ECAR) Together, the **Program Participation Agreement** (PPA) that has been signed on behalf of the Secretary and the ECAR constitute the Chicago - Denver School Participation Team's determination that the Institution has qualified to participate in programs under the Higher Education Act of 1965, as amended (HEA) and the Federal student financial assistance programs (Title IV, HEA programs).

The Institution must retain the ECAR and the PPA together.

The ECAR contains the most critical of the data elements that form the basis of the Institution's approval, and also a list of the highest level of offering, any nondegree or short term training programs, and any additional locations that provide 50 percent or more of an educational program that have been approved for the Title IV, HEA programs. The Institution may not award, distribute or disburse any Title IV, HEA program funds for any educational or training program that is beyond the scope of the approval contained in the ECAR, nor for any additional location providing 50 percent or more of an educational program that has not been approved and is not listed on the ECAR.

- In order to comply with the requirements of 34 CFR 668.8(1), some vocational or nondegree programs may have been approved for fewer credit hours than requested in the Institution's application.
- Vocational and nondegree programs that do not meet the requirements of 34 CFR Parts 600 and 668 have not been approved and are marked in the ECAR as not approved.
- The listing of Vocational Programs in the ECAR contains those nondegree programs that the Chicago - Denver School Participation Team has determined are eligible programs for participation in the Title IV, HEA programs.
- The ECAR contains a list of HEA programs other than Title IV, HEA programs, for which the Institution is eligible to apply. This list does not mean that the Institution will automatically be eligible to participate in or receive funds under any HEA competitive grant program. Information concerning applications for, and the individual requirements of, the competitive grant program can be obtained from:

> Deputy Assistant Secretary
> Office of Higher Education Programs
> U.S. Department of Education
> 400 Maryland Avenue, S.W.
> Washington, DC 20202-5140

## PROGRAM PARTICIPATION AGREEMENT

The PPA contains the agreement between the Institution and the Secretary concerning the Institution's participation in the Federal student financial assistance programs (Title IV, HEA programs).

## CERTIFICATION FOR TITLE IV, HEA PROGRAMS

As explained in the PPA, Title IV, HEA programs administered by participating educational institutions are subject to applicable laws, regulations, and guidelines. Listed below are the appropriate telephone numbers for further information on the HEA programs:

- Federal Pell Grant Program (800) 474-7268
- Federal Family Education Loan Program (202) 377-4008
- Federal Direct Student Loan Program (800) 848-0978
    If the Institution wishes to begin participating in the Direct Loan Program or to request a change in its funding method, contact COD School Relations at the Federal Direct Student Loan Program number above or send an email to codsupport@acs-inc.com

- Federal Campus-Based Programs (877) 801-7168
    The Federal Campus-Based Programs are (a) the Federal Supplemental Educational Opportunity Grant Program, (b) the Federal Work-Study Program, and (c) the Federal Perkins Loan Program. To obtain funding under any or all of these programs, the Institution must file the Fiscal Operations Report and Application to Participate (FISAP) annually. FISAP packages are typically available at the end of July each year and the due date for electronic submission of this data is generally a postmark or transmission date of October 1. Please keep in mind that the October 1 submission is to obtain funding for the Award Year that begins the following July 1.

If the Institution does not already participate in the Title IV, HEA programs, the Institution must complete Fundamentals of Title IV Administration (Precertification) Training no later than 12 months after the Institution executed the PPA. Completion of this training must be not earlier than one year before beginning to participate in any Title IV, HEA program for which the Institution has not previously participated. If you wish to register for Fundamentals of Title IV Administration (Precertification) Training, please register at http://www.register123.com/event/profile/web/index.cfm?PKwebID=0x112117625&varPage=info. For information concerning the training, contact the Chicago - Denver Team at the telephone number listed later in this letter.

Participating educational institutions will be reviewed at least once every six years to determine whether the institutions remain administratively capable and financially responsible to administer Title IV programs and funds.

## REPORTING AND REAPPLICATION REQUIREMENTS

The Institution must report promptly to the Department certain changes and actions that affect the Institution's participation approval, as specified in 34 CFR 600 and 668, including, but not limited to:

- Change of name and/or address;
- New contract or significant modification of existing contract with a third party servicer;
- Change in exercise of a person's substantial control over the Institution, e.g., a change in the chief executive officer or members of the board of trustees or board of directors.
- Change in the way the Institution measures educational program length;
- Change in the level of course offerings;
- Additions and/or closures of non-main campus locations that offer at least 50% of an educational program;
- Change of accrediting agency;
- Change of the State agency that confers legal authority on the Institution to offer programs of postsecondary education; or
- Change in ownership *whether or not* that ownership change results in a change in control of the Institution.

If the Institution fails to report any such changes within ten days after the change occurs, the ability of the Institution to administer the Title IV student financial assistance programs properly will be called into question. As a consequence, we will consider whether it is necessary to monitor the Institution's receipt of Federal funds more closely. Failure to report

changes within the time frame required may also result in an adverse action being taken against the Institution in accordance with 34 CFR 668, Subpart G.

**Automatic Termination of Approval**

This Approval for Institutional Participation automatically terminates on the happening of any of the following events:

- June 30, 2025
- The date the Institution loses the legal authority to offer programs of postsecondary education in the State in which it is located;
- The date the Institution loses accreditation from its designated primary accrediting agency;
- The date the Institution ceases to offer all approved postsecondary instruction;
- The date the Institution merges with another institution;
- The date the Institution undergoes a change in ownership resulting in a change of control;
- The date the Institution files for bankruptcy; or
- The date the Institution otherwise ceases to meet the definition of an eligible institution of higher education.

Please send all information or documentation required by this letter to:

> United States Department of Education
> Federal Student Aid, Schools Channel
> Attention: Chicago - Denver School Participation Team
> 230 S. Dearborn St.
> Room 3733
> Chicago, IL 60604-1505

One of the institutional eligibility requirements is that the institution must admit as regular students only persons who have a high school diploma; have the recognized equivalent of a high school diploma; or are beyond the age of compulsory school attendance in the State in which the institution is physically located (see 34 CFR 600.4, 5 or 6). This means if the student is not yet beyond the age of compulsory school attendance in the State in which the institution is physically located, the institution can only enroll the individual as a regular student if he or she has a high school diploma or its equivalent.

One of the student eligibility requirements is that an eligible student is one who is not enrolled in either an elementary or secondary school (see 34 CFR 668.32). This means that an institution cannot accept as a regular student at this school, an individual who is also enrolled at the same time in elementary or high school.

The telephone number for the Chicago - Denver Team is (312) 730-1511. The fax number is (312) 730-1520.

Sincerely,

*Tammie Sawyer*

Tammi Sawyer

cc: Ms Debra S. Jackson, Financial Aid Administrator
   North Central Assoc of Colleges and Schools, the Higher Learning Commission
   Guarantee Agency



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

DATE PRINTED: 03/09/2021                                                                                   PAGE A - 1

NAME AND ADDRESS OF INSTITUTION: Bradley University
1501 West Bradley Avenue

Peoria, IL 61625-0002
TYPE OF INSTITUTION: Private, Nonprofit

CONGRESSIONAL DISTRICT: 18
DEPARTMENT REGION: 05                                                     ACTION DATE: 09/26/2019
SCHOOL PARTICIPATION TEAM: 05                                  ACTION: Reapprove Elig/Full Cert

OPE ID: 00164100                                              FEDERAL PELL GRANT ID: 001641
TIN: 370661494                                        FEDERAL FAMILY EDUCATION LOAN ID: 001641
IPEDS ID: 143358                                      FEDERAL DIRECT STUDENT LOAN ID: G01641
DUNS NBR: 049130768                                          FEDERAL PERKINS LOAN ID: 001110
                                                                 FEDERAL SCHOOL CODE: 001641
                                                                  FEDERAL WORK STUDY ID: 001110
          FEDERAL SUPPLEMENTAL EDUCATIONAL OPPORTUNITY GRANT ID: 001110

ACADEMIC CALENDAR: Semester Hours
EDUCATIONAL PROGRAM LEVELS OFFERED:                                          ELIGIBLE: Y
Graduate/Professional (>= 300 hours)                           INITIAL APPROVAL DATE: 12/01/1965
Bachelor's Degree                                                            CERTIFIED: Certified
First Professional Degree                                                    LOAN DEFERMENT: Y
Master's Degree or Doctor's Degree

                                                            PROGRAM PARTICIPATION AGREEMENT
WAIVER(S):                                                        EFFECTIVE DATE: 10/17/2019
*** End of Waivers ***                                            EXPIRATION DATE: 06/30/2025

THE INSTITUTION IS ELIGIBLE TO APPLY FOR PARTICIPATION IN THE FOLLOWING PROGRAMS
AUTHORIZED UNDER THE HIGHER EDUCATION ACT OF 1965, AS AMENDED:

| TITLE I: Y | TITLE IV: Y | TITLE VII: Y | TITLE X: Y | TITLE XIII: Y |
|---|---|---|---|---|
| TITLE II: Y | TITLE V: Y | TITLE VIII: Y | TITLE XI: Y | TITLE XIV: Y |
| TITLE III: Y | TITLE VI: Y | TITLE XI: Y | TITLE XII: Y | TITLE XV: Y |

Program: TEACH GRANT   Certified: Y   DATE: 09/18/2008

TITLE IV STUDENT FINANCIAL ASSISTANCE PROGRAMS

| PROGRAM | CERTIFIED | APPROVAL DATE | PROGRAM | CERTIFIED | APPROVAL DATE |
|---|---|---|---|---|---|
| FWS Com Serv | Y | 12/01/1965 | FWS Priv Sec Empl | Y | 12/01/1965 |
| FWS Job Loc Dev | Y | 12/01/1965 | FFEL Staff | Y | 12/01/1965 |
| FFEL Staff Unsub | Y | 12/01/1965 | FFEL PLUS | Y | 12/01/1965 |
| FPerkins | Y | 12/01/1965 | FSEOG | Y | 12/01/1965 |
| FPell | Y | 07/01/1972 | FDSLP Staff | Y | 07/01/1994 |
| FDSLP Staff Unsub | Y | 07/01/1994 | FDSLP PLUS | Y | 07/01/1994 |

\*\*\*\* End of Section A \*\*\*\*



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

DATE PRINTED: 03/09/2021　　　　ACCREDITATION SECTION　　　　PAGE B - 1

INSTITUTION NAME : Bradley University
OPE ID : 001641 00
INSTITUTION TYPE : Private, Nonprofit

## ACCREDITATION

| ACCREDITING AGENCY | DESIGNATION | SCOPE | EFFECTIVE YEAR | NUMBER OF YEARS |
|---|---|---|---|---|
| North Central Assoc of Colleges and Schools, the Higher Learning Commission | Primary | Institutional | 2011 | 10 |
| National Association of Schools of Art and Design | Secondary | Programmatic | 2017 | 10 |
| National Association of Schools of Music | Secondary | Programmatic | 2015 | 10 |
| National Association of Schools of Theatre | Secondary | Programmatic | 2018 | 10 |

**** End of Accreditation Section ****



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

DATE PRINTED: 03/09/2021         STATE AUTHORIZATION SECTION         PAGE C - 1

INSTITUTION NAME : Bradley University
OPE ID : 001641 00
INSTITUTION TYPE : Private, Nonprofit

### STATE AUTHORIZATION

**STATE AGENCY**
IL Illinois Board of Higher Education

**** End of State Authorization Section ****



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

| DATE PRINTED: 03/09/2021 | OFFICIALS SECTION | PAGE D - 1 |
|---|---|---|

INSTITUTION NAME : Bradley University
OPE ID : 001641 00
INSTITUTION TYPE : Private, Nonprofit

## OFFICIALS

| NAME AND ADDRESS | TITLE | PHONE / FAX | E-MAIL |
|---|---|---|---|
| Standifird, Stephen<br>1501 W. Bradley Avenue<br>Peoria, IL 61625-0000 | President | (309) 677-3167<br>(309) 677-3230 | sstandifird@<br>fsmail.bradley.edu |
| Jackson, Debra S<br>1501 W. Bradley Avenue<br>Peoria, IL 61625-0000 | Financial Aid Administrator | (309) 677-3089<br>(309) 677-2798 | dsjackson@<br>fsmail.bradley.edu |
| Cox, Sheryl<br>1501 W. Bradley Avenue<br>Peoria, IL 61625-0000 | Chief Financial Officer | (309) 677-4505<br>(309) 677-3230 | scox2@<br>fsmail.bradley.edu |
| Butler, Calvin | Member of the Board | | |
| Holst, Kathleen<br>4320 Winfield Road Suite 200<br>Warrenville, IL 60555 | Member of the Board | (630) 836-8642<br>(630) 839-7582 | |
| Michael, Jonathan<br>1501 W. Bradley Avenue<br>Peoria, IL 61625-0000 | Member of the Board<br>Secretary | (309) 677-3167 | |
| Shadid, James | Member of the Board | | |

**** End of Officials Section ****



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

DATE PRINTED: 03/09/2021    EDUCATIONAL PROGRAMS SECTION    PAGE F - 1

INSTITUTION NAME : Bradley University
OPE ID : 001641 00
INSTITUTION TYPE : Private, Nonprofit

## EDUCATIONAL PROGRAMS

| CIP | INSTITUTION'S PROGRAM NAME | APPROVED FOR CERTIFICATION | FULL CREDIT TO DEGREE | INITIAL APPROVAL | CREDIT HOURS | TYPE | CLOCK HOURS | DURATION IN WEEKS |
|---|---|---|---|---|---|---|---|---|
| 13.0401 | Post-Master Principal Licensure in Educational Administration | Y | - | 12/08/2008 | 32 | Semester | | 75 |
| 13.1101 | Post-Masters Certification in School Counseling | Y | - | 12/08/2008 | 12 | Semester | | 30 |
| 51.1508 | Graduate Certificate Program in Clinical Mental Health | Y | - | 11/30/2010 | 12 | Semester | | 52 |
| 51.1508 | Post Master Certificate Program in Neurocounseling | Y | - | 09/26/2017 | 13 | Semester | | 45 |
| 51.3101 | Dietetics Post-Baccalaureate Internship | N | - | 03/20/2014 | 21 | Semester | | 42 |
| 51.3805 | Post-Masters Family Nurse Practitioner Certificate | Y | - | 11/25/2014 | 35 | Semester | | 75 |

**** End of Educational Programs Section ****

3/9/2021, Eligibility and Certification Approval Report



# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

| DATE PRINTED: 03/09/2021 | SERVICER INFORMATION SECTION | PAGE H - 1 |
|---|---|---|

INSTITUTION NAME : Bradley University
OPE ID : 001641 00
INSTITUTION TYPE : Private, Nonprofit

### SERVICER INFORMATION

| SERVICER NAME | CONTACT NAME | SERVICES OFFERED |
|---|---|---|
| Credit Control, LLC<br>5757 Phantom Drive, Suite 300<br>Hazlewood, MO 63042 | Ms. April Earnheart | Performing Loan Collection |
| General Revenue Corporation<br>4660 Duke Drive<br>Mason, OH 45040 | Ms. Holly Harris | Performing Loan Collection |
| National Enterprise Systems<br>29125 Solan Road<br>Solon, OH 44139 | Mr. Ernest Pollak | Performing Loan Collection |
| National Recoveries, Inc.<br>14735 Highway 65 NE<br>Ham Lake, MN 55304 | Mrs. Jenie Kunza-Barrett | Performing Loan Collection |
| UNISA<br>7400 E. Arapahoe Road<br>Englewood, CO 80112 | Raymond Morabito | Performing Loan Servicing |
| Windham Professionals, Inc.<br>380 Main Street<br>Salem, NH 03079 | Mr. Paul Mello | Performing Loan Collection |

**** End of Servicer Information Section ****

Return to the Application Index