Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Thomas Duerr and Gabriel Foley, individually and on behalf of all others similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | Case Number: 21-cv-1096 |
| **Bradley University,** ) ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Section 15(c) claim is severed and remanded back to the Circuit Court of Peoria County, Illinois, County Department, Law Division. Plaintiffs' action against Defendant Bradley University is otherwise dismissed, and Plaintiffs take nothing by the complaint.

**Dated: 3/10/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court